UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| STEPHEN CALES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. |
| | ) |
| E & L MOTEL, INC. d/b/a | ) |
| TRAVELERS INN, and | ) |
| PATEL PROPERTIES, LLC, | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT

Plaintiff, Stephen Cales ("Cales"), for his Complaint against Defendants, E & L Motel, Inc. d/b/a Travelers Inn and Patel Properties, LLC (collectively "Defendants"), states as follows:

### Jurisdiction

1. Stephen Cales is at all times relevant herein, a Citizen of the State of California.

2. E & L Motel, Inc. is at all times relevant herein, a Citizen of the State of Indiana.

3. Patel Properties, LLC is at all times relevant herein, a Citizen of the State of Indiana and its members, Ramesh Patel and Varsha Patel, are at all times relevant herein, Citizens of the State of Indiana.

4. The matter in controversy exceeds $75,000, exclusive of interest and costs.

5. Jurisdiction is based upon diversity of citizenship of the parties under 28 U.S.C. §1332.

### Count I – Negligence against E & L Motel, Inc. d/b/a Travelers Inn

6. Plaintiff incorporates by reference Paragraphs 1-5 of this Complaint as if fully set forth herein.

1

7. A tall times relevant herein, E & L Motel, Inc. d/b/a Travelers Inn owned property located at 35 West State Road 120, Freemont, Indiana where it owned and operated a Travelers Inn, a motel open to the public (hereinafter, the "Travelers Inn").

8. On or about October 19, 2021, Plaintiff, Stephen Cales, rented a room and checked-into the Travelers Inn.

9. On or about October 19, 2021, Plaintiff, Stephen Cales, was violently battered and assaulted by unknown assailants while at the Travelers Inn.

10. Plaintiff, Stephen Cales sustained significant injuries from the October 19, 2021 incident.

11. Defendant, E & L Motel, Inc. d/b/a Travelers Inn failed to exercise reasonable care and properly ensure for Stephen Cales' safety.

12. As a direct and proximate result of E & L Motel, Inc. d/b/a Travelers Inn's negligence and breach of duties, Stephen Cales sustained severe and recurring injuries, which has caused him pain, suffering and emotional distress.

13. As a direct and proximate result of E & L Motel, Inc. d/b/a Travelers Inn's negligence, Stephen Cales was required to seek medical treatment from various health care providers, has incurred medical expenses as a result thereof, and may incur medical expenses in the future.

WHEREFORE, Plaintiff, Stephen Cales, prays for judgment in his favor and against E & L Motel, Inc. d/b/a Travelers Inn, in an amount commensurate with his damages, for the costs of this action, for trial by jury, for pre- and post-judgment interest, and for all other relief just and proper in the premises.

**Count II – Negligence against Patel Properties, LLC**

14. Plaintiff incorporates by reference Paragraphs 1-13 of this Complaint as if fully set forth herein.

15. A tall times relevant herein, Patel Properties, LLC owned property located at 35 West State Road 120, Freemont, Indiana on which the Travelers Inn operated.

16. On or about October 19, 2021, Plaintiff, Stephen Cales, rented a room and checked-into the Travelers Inn.

17. On or about October 19, 2021, Plaintiff, Stephen Cales, was violently battered and assaulted by unknown assailants while at the Travelers Inn.

18. Plaintiff, Stephen Cales sustained significant injuries from the October 19, 2021 incident.

19. Defendant, Patel Properties, LLC failed to exercise reasonable care and properly ensure for Stephen Cales' safety.

20. As a direct and proximate result of Patel Properties, LLC's negligence and breach of duties, Stephen Cales sustained severe and recurring injuries, which has caused him pain, suffering and emotional distress.

21. As a direct and proximate result of Patel Properties, LLC's negligence, Stephen Cales was required to seek medical treatment from various health care providers, has incurred medical expenses as a result thereof, and may incur medical expenses in the future.

WHEREFORE, Plaintiff, Stephen Cales, prays for judgment in his favor and against Patel Properties, LLC in an amount commensurate with his damages, for the costs of this action, for trial by jury, for pre- and post-judgment interest, and for all other relief just and proper in the premises.

Respectfully submitted,

MANDEL RAUCH & LAMMERS, P.C.

By /s/ Steven P. Lammers
    Steven P. Lammers (Attorney No. 26443-64)
    slammers@mhmrlaw.com
    704 Adams Street, Suite F
    Carmel, Indiana  46032
    (317) 581-7440

*Attorney for Plaintiff, Stephen Cales*

## Jury Demand

Plaintiff, Stephen Cales, by counsel, hereby demands a trial by jury against the Defendants on all issues set forth in this cause of action.

MANDEL RAUCH & LAMMERS, P.C.

By /s/ Steven P. Lammers
    Steven P. Lammers (Attorney No. 26443-64)
    slammers@mhmrlaw.com
    704 Adams Street, Suite F
    Carmel, Indiana  46032
    (317) 581-7440

*Attorney for Plaintiff, Stephen Cales*